DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VICTOR Y. MARTINEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-1518

[August 13, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen Marjorie Miller, Judge; L.T. Case No. 502013CF007101AXXXMB.

Victor Martinez, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, SHAW and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***